**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
MDL No. 2795 – IN RE: CenturyLink Residential Customer Billing Disputes Litigation**

<u>**ATTACHMENT 1 TO KBC ASSET MANAGEMENT NV**</u>

<u>**CORPORATE DISCLOSURE STATEMENT**</u>

**SHORT CASE CAPTION(S) (Includes District(s), Civil Action No(s)):**

1. *Craig v. CenturyLink, Inc., et al.* No. 3:17-cv-01005-SMH-JPM (W.D. La.)

2. *Scott v. CenturyLink, Inc., et al.* No. 3:17-cv-01033-SMH-JPM (W.D. La.)

3. *Thummeti v. CenturyLink, Inc., et al.* No. 3:17-cv-01065-SMH-JPM (W.D. La.)